IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ZACHARY WHITECRANE,<br><br>Defendant. | CR 20–114–BLG–DLC<br><br><br>ORDER |

Before the Court is United States Magistrate Judge Timothy J. Cavan's Findings and Recommendation. (Doc. 19.) Neither party objected and therefore they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommends that this Court accept Mr. Whitecrane's guilty plea after he appeared before him pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and entered a guilty plea to the sole count of the Indictment (Doc. 1), prohibited person in possession of a firearm and ammunition, in violation

Case 1:20-cr-00114-DLC  Document 20  Filed 11/04/20  Page 2 of 2

of 18 U.S.C. § 922(g)(1). The Court finds no clear error in Judge Cavan's Findings and Recommendation (Doc. 19) and will adopt it in full.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendation (Doc. 19) is ADOPTED in full.

IT IS FURTHER ORDERED that Mr. Whitecrane's motion to change plea (Doc. 12) is GRANTED and Mr. Whitecrane is adjudged guilty as charged in the sole count of the Indictment (Doc. 1).

DATED this 4th day of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

2